Larry Lydell Bell Sr.
SID #4696049
777 Stanton Blvd.
Ontario, OR  97914

FILED'09 JUN 01 13:05 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LARRY LYDELL BELL SR., | Civil No. 08-928-AA |
| Plaintiff, | REQUEST FOR EXTENSION OF TIME TO FILE THE AMNEDED COMPLAINT |
| v. | |
| MULTNOMAH COUNTY, et al., | |
| Defendants. | |

Plaintiff, Larry Lydell Bell Sr., by and through this motion hereby request an extension of time in which to comply with the Court's Order dated December 3, 2008 (#19).  Plaintiff has been moved from one institution to another over the past sixty (60) days and was precluded form completing the amended complaint.

Plaintiff most recent request for an extension of time was on April 4, 2009, however he never received conformation as to the status of that motion.  Plaintiff has recently as of May 8, 2009.  Since that time Plaintiff has been able to utilize S.R.C.I. Law Library only twice, including today.  Therefore, Plaintiff request an extension of 60-days in which to file an amended complaint to included August 12, 2009.

This motion is made in good faith and not for the purpose of delay.

1    DATED this 27th day of May, 2009.

                                            Respectfully submitted,

                                            [signature]

                                            Larry Lydell Bell Sr.
                                            Plaintiff.