1   Larry Lydell Bell Sr.
    SID #4696049
2   Snake River Correctional Inst.
    777 Stanton Blvd
3   Ontario, OR 97914

4                                                                FILED'09 AUG 10 14:07 USDC-ORP

5

6

7

8                  IN THE UNITED STATE DISTRICT COURT

9                     FOR THE DISTRICT OF OREGON

10  LARRY LYDELL BELL SR.,
                                         |  Civil No.  08-928-AA
11              Plaintiff,                |
                                         |
12        v.                              |  **MOTION FOR VOLUNTARY**
                                         |  **DISMISSAL WITHOUT PREJUDICE**
13  MULTNOMAH COUNTY, et al.,             |
                                         |
14              Defendants.               |

15

16        COMES NOW, Larry Lydell Bell Sr., the plaintiff herein, by and through this motion

17  hereby moves the Court for an Order allowing him to voluntarily dismiss this case **without**

18  **prejudice.** Since this case was filed the underlying Circuit Court has entered a new judgment in

19  the criminal matter on the underpinning issues. For those reasons the herein Plaintiff hereby

20  moves for voluntary dismissal without prejudice.

21        DATED this 5th day of August, 2009.

22                                              Respectfully submitted,

23

24                                              _____
                                                Larry Lydell Bell Sr. *pro se*

Page 1 of 1 – MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE